UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY D. JUSTICE, II,<br><br>Plaintiff,<br><br>v.<br><br>COLUMBIA PROPERTY TRUST, INC., CONSTANCE B. MOORE, CARMEN M. BOWSER, JOHN L. DIXON, DAVID B. HENRY, MURRAY J. MCCABE, E. NELSON MILLS, MICHAEL S. ROBB, THOMAS G. WATTLES, and FINN WENTWORTH,<br><br>Defendants. | )<br>)<br>)<br>)<br>) Case No. 1:21-cv-08328-LGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: January 19, 2022        **RIGRODSKY LAW, P.A.**

By:  */s/ Gina M. Serra*
　　　Seth D. Rigrodsky
　　　Timothy J. MacFall
　　　Gina M. Serra
　　　Vincent A. Licata
　　　825 East Gate Boulevard, Suite 300
　　　Garden City, NY 11530
　　　Telephone: (516) 683-3516
　　　Email: sdr@rl-legal.com
　　　Email: tjm@rl-legal.com
　　　Email: gms@rl-legal.com
　　　Email: vl@rl-legal.com

　　　*Attorneys for Plaintiff*